Effie F. Anastassiou, Esq. (SBN 96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:  (831) 754-0621

Attorneys for Plaintiff,
TAT TOHUMCULUK A. S.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAT TOHUMCULUK A. S., a Turkish company, | CASE NO. 2:13-cv-00773-WBS-KJN |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION TO DISMISS** |
| H.J. HEINZ COMPANY, a Pennsylvania corporation registered to do business in California, and HEINZSEED, a division of H.J. HEINZ COMPANY, | **Proposed Hearing Information:**<br>Date:          August 12, 2013<br>Time:          2:00 p.m.<br>Courtroom:   5 |
| Defendants. | |

WHEREAS, on May 30, 2013 Defendants H. J. HEINZ COMPANY L.P., erroneously sued as "H. J. Heinz Company" and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY L.P. (collectively, "Defendants") filed their Motion of Defendant to Dismiss Complaint of Plaintiff (the "Motion");[1]

WHEREAS, the Motion is currently scheduled to be heard on July 29, 2013;

WHEREAS, counsel for Plaintiff TAT TOHUMCULUK A. S. ("Plaintiff") is unavailable to attend the hearing on July 29, 2013 due to a previously scheduled vacation day; and

---

[1] ECF No. 12.

WHEREAS, counsel for Defendants and for Plaintiff wish to stipulate to move the hearing date on the Motion to August 12, 2013 at 2:00 p.m. and to have the deadlines to file the opposition and the reply relating to the motion re-set accordingly;

THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiff and counsel for Defendants that:

1. The hearing on the Motion is continued to August 12, 2013 at 2:00 p.m. in Courtroom 5;
2. Plaintiff's opposition to the Motion will be due on or before July 22, 2013; and
3. Defendants' reply to Plaintiff's opposition to the Motion will be due on or before August 2, 2013.

SO STIPULATED.

Dated: June 3, 2013                                         ANASTASSIOU & ASSOCIATES

                                                            By:   /s/   Effie F. Anastassiou
                                                            Effie F. Anastassiou, Esq.
                                                            Attorneys for Plaintiff,
                                                            TAT TOHUMCULUK A. S.

Dated: June 5, 2013                                         REED SMITH LLP

                                                            By:   /s/   Michael T. Scott
                                                            Michael T. Scott, Esq.
                                                            Attorneys for Defendants,
                                                            H. J. HEINZ COMPANY L.P., erroneously sued as "H. J. Heinz Company" and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P.

**ORDER**

Pursuant to the foregoing stipulation of the parties,

IT IS SO ORDERED.

Dated: June 7, 2013

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE