David S. Reidy (SBN 225904)
dreidy@reedsmith.com
Andrew Amoroso (SBN 274673)
aamoroso@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Michael T. Scott
(*admitted pro hac vice*)
mscott@reedsmith.com
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone:     +1 215 851 8100
Facsimile:      +1 215 851 1420

Attorneys for Defendant
H.J. Heinz Company, L.P., sued erroneously as
"H.J. Heinz Company" and HeinzSeed, an
unincorporated division of H.J. Heinz Company,
L.P.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAT TOHUMCULUK A. S., a Turkish company,<br><br>Plaintiff,<br><br>vs.<br><br>H.J. HEINZ COMPANY, a Pennsylvania corporation registered to do business in California, and HEINZSEED, a division of H.J. HEINZ COMPANY,<br><br>Defendants. | Case 2:13-cv-00773-WBS-KJN<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL STATUS CONFERENCE**<br><br>Current Hearing Scheduled:<br>Date:              November 25, 2013<br>Time:              2 p.m.<br>Courtroom:     5, 14th Floor<br><br>Compl. Filed:     April 19, 2013<br><br>Honorable William B. Shubb |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**STIPULATION**

Plaintiffs TAT Tohumculuk A.S. ("Plaintiff") and Defendants H.J. Heinz Company, L.P., sued erroneously as "H.J. Heinz Company" and HeinzSeed, an unincorporated division of H.J. Heinz Company, L.P. ("Defendants") (collectively, the "Parties") hereby submit, through their undersigned counsel of record, the following Stipulation and Proposed Order:

WHEREAS, on April 22, 2013, this Court issued its Order Re: Status (Pretrial Scheduling) Conference, which set the Status Conference in the above action for July 22, 2013 (Doc. No. 5);

WHEREAS, on June 27, 2013, pursuant to the stipulation of the Parties, the Court ordered the Status Conference continued to September 30, 2013 (Doc. No. 20);

WHEREAS, on July 12, 2013, pursuant to the stipulation of the Parties, the Court ordered the Status Conference continued to November 25, 2013 (Doc. No. 22);

WHEREAS, on October 21, 2013, the Court heard oral argument on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 29), and has not yet ruled on Defendants' Motion;

WHEREAS, counsel for Defendants and Plaintiff wish to stipulate to move the Status Conference hearing to a date after the Motion is decided;

WHEREAS, counsel for Defendants and Plaintiff believe that good cause exists to continue the status conference in order to preserve the time and resources of the Court and the Parties;

THEREFORE, IT IS HEREBY STIPULATED between counsel for Defendants and counsel for Plaintiff that:

- The Status Conference currently scheduled for November 25, 2013 at 2:00 p.m. is continued to a date after the Court rules on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

**SO STIPULATED.**

1

2   DATED:  November 6, 2013                    ANASTASSIOU & ASSOCIATES

3

4                                              By _____
                                                  Effie F. Anastassiou
5                                                 Attorneys for Plaintiff
                                                  TAT TOHUMCULUK A.S.

6

7   DATED:  November 6, 2013                    REED SMITH LLP

8

9                                              By ____/s/ Andrew Amoroso_____
                                                  Andrew Amoroso
10                                                Attorneys for Defendant
                                                  H.J. Heinz Company, L.P., sued erroneously as "H.J.
11                                                Heinz Company" and HeinzSeed, an unincorporated
                                                  division of H.J. Heinz Company, L.P.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL STATUS CONFERENCE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

Appearing that good cause exists pursuant to the foregoing stipulation of the Parties, IT IS HEREBY ORDERED that the Status Conference currently scheduled for November 25, 2013 at 2:00 p.m. is continued to **December 23, 2013 at 2:00 p.m. in Courtroom 5, 14th Floor.**  A Joint Status Report shall be filed no later than **December 9, 2013**.

Dated:  November 6, 2013

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL STATUS CONFERENCE