David S. Reidy (SBN 225904)
dreidy@reedsmith.com
Andrew Amoroso (SBN 274673)
aamoroso@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Michael T. Scott
(*admitted pro hac vice*)
mscott@reedsmith.com
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Facsimile: +1 215 851 1420

Attorneys for Defendant
H.J. Heinz Company, L.P. and HeinzSeed, an unincorporated division of H.J. Heinz Company, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAT TOHUMCULUK A. S., a Turkish company, | Case 2:13-cv-00773-WBS-KJN |
| Plaintiff, | **FOURTH STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL STATUS CONFERENCE** |
| v. | Current Hearing Scheduled: |
| H.J. HEINZ COMPANY, L.P., a Pennsylvania Limited Partnership registered to do business in California, and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P, | Date: December 23, 2013<br>Time: 2 p.m.<br>Courtroom: 5, 14th Floor |
| Defendants. | Compl. Filed: April 19, 2013 |
| | Honorable William B. Shubb |

2:13-cv-00773-WBS-KJN            - 1 -

## STIPULATION

Plaintiffs TAT Tohumculuk A.S. ("Plaintiff") and Defendants H.J. Heinz Company, L.P., and Heinzseed, an unincorporated division of H.J. Heinz Company, L.P. (collectively, "Defendants") (collectively, the "Parties") hereby submit, through their undersigned counsel of record, the following Stipulation and Proposed Order:

WHEREAS, on November 14, 2013, this Court entered its Memorandum and Order re Motion to Dismiss (Dkt. 32) granting in part and denying in part Defendants' motion to dismiss Plaintiff's First Amended Complaint, and granting Plaintiff until December 4, 2013, to file a Second Amended Complaint;

WHEREAS, Plaintiff intends to file a Second Amended Complaint on or before December 4, 2013;

WHEREAS, since the response to the Second Amended Complaint would be due during the holidays, the Parties hereby agree and stipulate that Defendants' response to the Second Amended Complaint shall be due no later than January 3, 2014;

WHEREAS, the Status Conference in the above action is currently scheduled for December 23, 2013;

WHEREAS, the Parties agree that good cause exists to continue the Status Conference currently scheduled on December 23, 2013, to a date after Defendants respond to the Second Amended Complaint, and further request such a continuance to avoid a conflict between the currently scheduled Status Conference and scheduled end-of-year holidays for the counsel for both parties; and

WHEREAS, counsel for Plaintiff and Defendants stipulate to move the Status Conference hearing to January 6, 2014, when the parties are both mutually available, or to a date thereafter at the Court's convenience;

///

///

///

///

THEREFORE, IT IS HEREBY STIPULATED between counsel for Defendants and counsel for Plaintiff that:

- The deadline for Defendants to file a responsive pleading to the Second Amended Complaint shall be January 3, 2014; and
- The Status Conference currently scheduled for December 23, 2013 at 2:00 p.m. is continued to January 6, 2014 at 2:00 p.m., or a date thereafter at the Court's convenience.

**SO STIPULATED.**

DATED:  November 22, 2013          ANASTASSIOU & ASSOCIATES

By   /s/ Effie F. Anastassiou
Effie F. Anastassiou
Attorneys for Plaintiff
TAT TOHUMCULUK A.S.

DATED:  November 22, 2013          REED SMITH LLP

By      /s/ David S. Reidy
David S. Reidy
Attorneys for Defendant
H.J. Heinz Company, L.P., sued erroneously as "H.J. Heinz Company" and HeinzSeed, an unincorporated division of H.J. Heinz Company, L.P.


**ORDER**

Appearing that good cause exists pursuant to the foregoing stipulation of the Parties, IT IS HEREBY ORDERED that the deadline for Defendants to file a responsive pleading to the Second Amended Complaint shall be January 3, 2014, and the **Scheduling Conference** currently scheduled for December 23, 2013 at 2:00 p.m. **is continued to January 21, 2014 at 2:00 p.m.** A **Joint Status Report** shall be filed no later than **January 7, 2014.**

SO ORDERED:

Dated: November 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE