Effie F. Anastassiou, Esq. (SBN 96279)
Stephen J. Beals, Esq. (SBN 226365)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

Attorneys for Plaintiff,
UNITED GENETICS TURKEY TOHUM FIDE A.S.,
formerly known as TAT TOHUMCULUK A. S.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| UNITED GENETICS TURKEY TOHUM FIDE A.S., formerly known as TAT TOHUMCULUK A. S., a Turkish company,<br><br>  Plaintiff,<br><br>v.<br><br>H.J. HEINZ COMPANY, L.P., a Pennsylvania Limited Partnership registered to do business in California, and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P,<br><br>  Defendants. | **CASE NO. 2:13-cv-00773-WBS-KJN**<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO FILE THIRD AMENDED COMPLAINT**<br><br>Complaint filed April 19, 2013<br><br>Honorable William B. Shubb |

Plaintiff UNITED GENETICS TURKEY TOHUM FIDE A.S., formerly known as TAT TOHUMCULUK A. S. ("Plaintiff") and Defendants H.J. HEINZ COMPANY, L.P. and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P. (collectively, "Defendants") (collectively, the "Parties") hereby submit, through their undersigned counsel of record, the following Stipulation and Proposed Order:

WHEREAS, currently the operative complaint in this matter is the Second Amended Complaint filed by Plaintiff on December 4, 2013 (the "Second Amended Complaint");[1]

---

[1] ECF No. 36.

1  WHEREAS, on January 31, 2014, Plaintiff changed its name from TAT TOHUMCULUK A.S. to UNITED GENETICS TURKEY TOHUM FIDE A.S., as reflected in the corporate documents attached hereto as **Exhibit "A"** and incorporated herein by reference;[2]

WHEREAS, Plaintiff has amended its Second Amended Complaint to change Plaintiff's name accordingly and a redlined version of Plaintiff's proposed Third Amended Complaint (the "Proposed Third Amended Complaint") as compared to the Second Amended Complaint is attached hereto as **Exhibit "B"** and incorporated herein by reference;

WHEREAS, a clean version of Plaintiff's Proposed Third Amended Complaint is attached hereto as **Exhibit "C"** and incorporated herein by reference;

WHEREAS, Defendants have agreed to allow Plaintiff, upon this Court's approval, to file its Proposed Third Amended Complaint without having to file a motion to do so;

WHEREAS, Plaintiff has agreed that Defendants will not need to file an answer to the Proposed Third Amended Complaint and that Defendants' Answer to Plaintiff's Second Amended Complaint[3] (the "Answer") will remain the operative answer to the Proposed Third Amended Complaint;

THEREFORE, IT IS HEREBY STIPULATED between counsel for Defendants and counsel for Plaintiff that Plaintiff be allowed to file its Proposed Third Amended Complaint and that Defendants' Answer will stand as Defendants' answer to the Proposed Third Amended Complaint.

SO STIPULATED.

Dated: February 13, 2014                                                         ANASTASSIOU & ASSOCIATES

                                                                                          By:   /s/ Effie F. Anastassiou
                                                                                                  Effie F. Anastassiou, Esq.,
                                                                                                  Attorneys for United Genetics Turkey
                                                                                                  Tohum Fide A.S., formerly known as Tat
                                                                                                  Tohumculuk A.S.

---

[2] The corporate documents concerning the name change are in the Turkish language, but are immediately followed by an English translation of the corporate documents.

[3] ECF No. 37.

Dated: February 13, 2014                                         REED SMITH LLP

                                               By:   s/ Andrew Amoroso
                                                     Andrew Amoroso, Esq.
                                                     Attorneys for Defendant
                                                     H.J. Heinz Company, L.P., and HeinzSeed,
                                                     an unincorporated division of H.J. Heinz
                                                     Company, L.P.

## ORDER

Appearing that good cause exists pursuant to the foregoing stipulation of the Parties, IT IS HEREBY ORDERED that Plaintiff UNITED GENETICS TURKEY TOHUM FIDE A.S., formerly known as TAT TOHUMCULUK A. S. ("Plaintiff"), be and hereby is allowed to file its Third Amended Complaint in the form attached to the Stipulation and [Proposed] Order to File Third Amended Complaint as **Exhibit "C"**.

IT IS FURTHER ORDERED that Defendants' Answer to Plaintiff's Second Amended Complaint[4] will stand as Defendants' answer to Plaintiff's Third Amended Complaint.

SO ORDERED.

DATED: February 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

C:\CAED\iFolder\DSHU2\inBOX\Signed\Orders Submitted to Docketing\13cv773 United Genetics - Stip to file 3rd AC.wpd

---

[4] ECF No. 37.