ANASTASSIOU & ASSOCIATES
Effie F. Anastassiou (CA 96279)
Stephen J. Beals, Esq. (CA 226365)
242 Capitol Street
Post Office Box 2210
Salinas, CA 93902
Telephone: 831.754.2501
Facsimile:   831.754.0621

Attorneys for Plaintiff
TAT TOHUMCULUK A. S.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAT TOHUMCULUK A. S., a Turkish Company,<br><br>Plaintiff,<br><br>v.<br><br>H.J. HEINZ COMPANY, L.P. a Pennsylvania Limited Partnership registered to do business in California, and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P.,<br><br>Defendants. | Case No:   2:13-CV-00773-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES** |

Plaintiffs TAT Tohumculuk A.S. ("Plaintiff") and Defendants H.J. Heinz Company, L.P., and Heinzseed, an unincorporated division of H.J. Heinz Company, L.P. (collectively, "Defendants") (collectively, the "Parties") hereby submit, through their undersigned counsel of record, the following Stipulation and Proposed Order:

WHEREAS, on January 15, 2014, this Court entered its Status (Pretrial Scheduling) Order[1] (the "Scheduling Order") which set forth, among other things, discovery and motion deadlines in the above referenced matter;

WHEREAS, the Parties previously postponed overseas depositions in order to conduct informal settlement discussions which were not successful;

---
[1] ECF No. 41.

WHEREAS, the Parties wish to extend those deadlines set forth in the Scheduling Order as follows, in order to allow additional time for the parties to conduct depositions in foreign countries which require extensive time to schedule and coordinate;

| Deadline for: | Currently Scheduled Deadline: | Proposed Rescheduled Deadline |
|---|---|---|
| Non-Expert Discovery Closes | September 30, 2014 | November 14, 2014 |
| Last Day to Disclose Experts and Produce Expert Reports | October 31, 2014 | December 15, 2014 |
| Last Day to Disclose Rebuttal Experts and Produce Expert Rebuttal Reports | November 30, 2014 | January 15, 2015 |
| Expert Discovery Closes | December 31, 2014 | February 13, 2015 |
| Last Day to File Motions, Except for Continuances, Temporary Restraining Orders, or Other Emergency Applications | December 31, 2014 | February 13, 2015 |

THEREFORE, IT IS HEREBY STIPULATED between counsel for Defendants and counsel for Plaintiff that the discovery and motion deadlines set forth in the Scheduling Order be rescheduled as set forth above.

SO STIPULATED.

Dated:  June 24, 2014                              ANASTASSIOU & ASSOCIATES

                                                By:     /s/    Effie F. Anastassiou
                                                    Effie F. Anastassiou, Esq.
                                                    Attorneys for Plaintiff,
                                                    TAT TOHUMCULUK A. S.

Dated: June 24, 2014                                REED SMITH LLP

By:   /s/ David S. Reidy
David S. Reidy, Esq.
Attorneys for Defendants,
H. J. HEINZ COMPANY L.P., erroneously sued as "H. J. Heinz Company" and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P.

## [~~PROPOSED~~] ORDER

Appearing that good cause exists pursuant to the foregoing stipulation of the Parties, IT IS HEREBY ORDERED that the deadlines for discovery and motions set forth in the Status (Pretrial Scheduling) Order, are rescheduled as follows:

| Deadline for: | Currently Scheduled Deadline: | Proposed Rescheduled Deadline |
| --- | --- | --- |
| Non-Expert Discovery Closes | September 30, 2014 | November 14, 2014 |
| Last Day to Disclose Experts and Produce Expert Reports | October 31, 2014 | December 15, 2014 |
| Last Day to Disclose Rebuttal Experts and Produce Expert Rebuttal Reports | November 30, 2014 | January 15, 2015 |
| Expert Discovery Closes | December 31, 2014 | February 13, 2015 |
| Last Day to File Motions, Except for Continuances, Temporary Restraining Orders, or Other Emergency Applications | December 31, 2014 | February 13, 2015 |

SO ORDERED.

Dated:  July 18, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE