Effie F. Anastassiou, Esq. (SBN 96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

Attorneys for Plaintiff,
TAT TOHUMCULUK A. S.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| TAT TOHUMCULUK A. S., a Turkish company,<br><br>    Plaintiff,<br>v.<br><br>H.J. HEINZ COMPANY, L.P., a Pennsylvania Limited Partnership registered to do business in California, and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P,<br><br>    Defendants. | **CASE NO. 2:13-cv-00773-WBS-KJN**<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES** |

   Plaintiffs TAT Tohumculuk A.S. ("Plaintiff") and Defendants H.J. Heinz Company, L.P., and Heinzseed, an unincorporated division of H.J. Heinz Company, L.P. (collectively, "Defendants") (collectively, the "Parties") hereby submit, through their undersigned counsel of record, the following Stipulation and Proposed Order:

   WHEREAS, on January 15, 2014, this Court entered its Status (Pretrial Scheduling) Order[1] (the "Scheduling Order") which set forth, among other things, discovery and motion deadlines in the above referenced matter;

---

[1]  ECF No. 41.

---

WHEREAS, on July 18, 2014, this Court entered a Stipulation and Order to Continue Discovery Deadlines based on the Parties' previous decision to postpone discovery in order to conduct informal settlement discussions which were not successful (the "Amended Discovery Schedule");[1]

WHEREAS, the Defendants recently retained new counsel in this matter and a Consent Order Granting Substitution of Attorney was filed with this Court on September 26, 2014,[2] which is currently awaiting this Court's approval and signature;

WHEREAS, the Parties wish to extend those deadlines set forth in the Amended Discovery Schedule as follows, in order to allow additional time for the Defendants' new counsel to familiarize themselves with this case and then determine the additional discovery they wish to conduct prior to the discovery cut-off date, as follows;

| Deadline for: | Currently Scheduled Deadline: | Proposed Rescheduled Deadline |
|---|---|---|
| Non-Expert Discovery Closes | November 14, 2014 | December 31, 2014 |
| Last Day to Disclose Experts and Produce Expert Reports | December 15, 2014 | January 31, 2015 |
| Last Day to Disclose Rebuttal Experts and Produce Expert Rebuttal Reports | January 15, 2015 | February 15, 2015 |
| Expert Discovery Closes | February 13, 2015 | March 1, 2015 |
| Last Day to File Motions, Except for Continuances, Temporary Restraining Orders, or Other Emergency Applications | February 13, 2015 | March 1, 2015 |

---

[1] ECF No. 49.

[2] ECF No. 50.

2

Second Stipulation and [PROPOSED] Order to Continue Discovery Deadlines

1  THEREFORE, IT IS HEREBY STIPULATED between counsel for Defendants and counsel for Plaintiff that the discovery and motion deadlines set forth in the Scheduling Order be rescheduled as set forth above.

SO STIPULATED.

Dated: September 26, 2014                     ANASTASSIOU & ASSOCIATES

By:   /s/   Effie F. Anastassiou
Effie F. Anastassiou, Esq.
Attorneys for Plaintiff,
TAT TOHUMCULUK A. S.


Dated: September 26, 2014                     GORDON & REES LLP

By:   /s/   Sean P. Flynn
Sean P. Flynn, Esq.
Attorneys for Defendants,
H. J. HEINZ COMPANY L.P., erroneously sued as "H. J. Heinz Company" and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P.

# [~~PROPOSED~~] ORDER

Appearing that good cause exists pursuant to the foregoing stipulation of the Parties, IT IS HEREBY ORDERED that the deadlines for discovery and motions set forth in my Status (Pretrial Scheduling) Order, are rescheduled as follows:

| Deadline for: | Currently Scheduled Deadline: | Proposed Rescheduled Deadline |
|---|---|---|
| Non-Expert Discovery Closes | November 14, 2014 | December 31, 2014 |
| Last Day to Disclose Experts and Produce Expert Reports | December 15, 2014 | January 31, 2015 |
| Last Day to Disclose Rebuttal Experts and Produce Expert Rebuttal Reports | January 15, 2015 | February 15, 2015 |
| Expert Discovery Closes | February 13, 2015 | March 1, 2015 |
| Last Day to File Motions, Except for Continuances, Temporary Restraining Orders, or Other Emergency Applications | February 13, 2015 | March 1, 2015 |

SO ORDERED.

Dated: October 1, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE