Effie F. Anastassiou, Esq. (SBN 96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

Attorneys for Plaintiff,
UNITED GENETICS TURKEY TOHUM FIDE A.S.,
formerly known as TAT TOHUMCULUK A. S.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA,**

| | |
|---|---|
| UNITED GENETICS TURKEY TOHUM FIDE A.S., formerly known as TAT TOHUMCULUK A. S., a Turkish company,<br><br>        Plaintiff,<br><br>v.<br><br>H.J. HEINZ COMPANY, L.P., a Pennsylvania Limited Partnership registered to do business in California, and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P,<br><br>        Defendants. | CASE NO. 2:13-cv-00773-WBS-KJN<br><br>**STIPULATED REQUEST FOR DISMISSAL, WITH PREJUDICE**<br><br>**FED. R. CIV. P. 41(a)(2)** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), by and between each and every party to this stipulation, by and through the signatures of their respective counsel on this stipulation, that the parties to this stipulation wish to formally acknowledge and obtain a court order dismissing the entire instant action, as follows:

1.      IT IS HEREBY STIPULATED, by and among Plaintiff UNITED GENETICS TURKEY TOHUM FIDE A.S., formerly known as TAT TOHUMCULUK A. S., a Turkish company ("Plaintiff") and Defendants H.J. HEINZ COMPANY, L.P., a Pennsylvania Limited Partnership registered to do business in California, and HEINZSEED, an unincorporated division of H.J. HEINZ COMPANY, L.P. ("Defendants") that they are requesting that a Court order be

entered dismissing, *with prejudice*, the entire instant action, pursuant to a settlement reached by Plaintiff and Defendants as a result of a successful mediation session.

2. The undersigned represent and warrant that they have all requisite authority to bind the respective parties to the terms of the stipulation.

3. This stipulation may be executed in any number of counterparts with the same effect as if all signatories had signed the same documents. All counterparts must be construed together to constitute one instrument.

4. Each party shall bear that party's own costs and attorneys' fees in connection with this stipulation.

SO STIPULATED.

Dated: April 20, 2015              ANASTASSIOU & ASSOCIATES

                                   By:   /s/   Effie F. Anastassiou
                                   Effie F. Anastassiou, Esq.
                                   Attorneys for Plaintiff,
                                   UNITED GENETICS TURKEY TOHUM
                                   FIDE A.S., formerly known as TAT
                                   TOHUMCULUK A. S.


Dated: April 20, 2015              GORDON & REES LLP

                                   By:   /s/   Sean P. Flynn
                                   Sean P. Flynn, Esq.
                                   Attorneys for Defendants,
                                   H.J. HEINZ COMPANY, L.P. and
                                   HEINZSEED, an unincorporated division of
                                   H.J. HEINZ COMPANY, L.P.

## ORDER

1 | 
2 | PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the entire instant action is hereby dismissed, *with prejudice*.

SO ORDERED.

Dated: April 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE